

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-13-00559-CV

**HILL COUNTRY-SAN ANTONIO MANAGEMENT SERVICES, INC**. a.k.a. Hill Country
Achievement
Appellant/ Cross-Appellee,

v.

Rachel **TREJO** as next friend of Rene Trejo
Appellee/ Cross-Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20045
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On February 12, 2014, this court issued an opinion affirming the trial court's order in the above styled cause of action. On February 27, 2014, Appellant filed a motion for en banc reconsideration that remains pending before this court. *See* TEX. R. APP. P. 49.1. On May 20, 2014, this court requested Appellee file a response to the motion for en banc reconsideration. *See* TEX. R. APP. P. 49.2. A response has never been received by Appellee.

On July 22, 2014, Appellant filed a motion to dismiss this appeal. However, the only matter still pending before this court is the motion for en banc reconsideration. We, therefore, ORDER Appellant to file a response to this order by **October 3, 2014** clarifying whether Appellant seeks to dismiss the motion for en banc reconsideration or requests this court withdraw the court's opinion dated February 12, 2014. *See* TEX. R. APP. P. 42.1(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

Keith E. Hottle
Clerk of Court